

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2019

No. 04-18-00481-CR

Dorothy A. **HOLLOWAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0541
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Pro se's Motion for Access to Appellate Record is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court